IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Prewitt Jr, James C

Printed: 01/29/09

Case Number: 08 B 07815
Judge: Wedoff, Eugene R
Filed: 4/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed: July 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,900.00 |  |
| Secured: |  | 16,736.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,163.52 |
| Other Funds: |  | 0.00 |
| Totals: | 17,900.00 | 17,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending Inc | Secured | 1,865.92 | 867.04 |
| 2. | Citi Residential Lending Inc | Secured | 6,899.12 | 3,205.84 |
| 3. | Litton Loan Servicing | Secured | 3,084.88 | 1,433.46 |
| 4. | Chase Home Finance | Secured | 24,678.40 | 10,751.28 |
| 5. | HSBC Auto Finance | Secured | 4,723.18 | 276.15 |
| 6. | Cook County Treasurer | Secured | 3,890.85 | 194.55 |
| 7. | City Of Chicago | Secured | 163.00 | 8.16 |
| 8. | Cook County Treasurer | Secured | 4,467.94 | 0.00 |
| 9. | Citi Residential Lending Inc | Secured | 18,557.36 | 0.00 |
| 10. | Chase Home Finance | Secured | 32,328.68 | 0.00 |
| 11. | Litton Loan Servicing | Secured | 5,155.60 | 0.00 |
| 12. | Citi Residential Lending Inc | Secured | 3,648.98 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 128.69 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 350.96 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 96.75 | 0.00 |
| 16. | United States Dept Of Education | Unsecured | 2,328.94 | 0.00 |
| 17. | HSBC Auto Finance | Unsecured | 74.12 | 0.00 |
| 18. | ER Solutions | Unsecured | 36.86 | 0.00 |
| 19. | City Of Chicago | Unsecured | 21.25 | 0.00 |
| 20. | AT&T Wireless | Unsecured | 22.75 | 0.00 |
| 21. | HomEq Servicing Corp | Unsecured |  | No Claim Filed |
| 22. | Home Depot | Unsecured |  | No Claim Filed |
| 23. | Fremont Investment & Loan | Unsecured |  | No Claim Filed |
| 24. | Menards | Unsecured |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 112,524.23 | $ 16,736.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Prewitt Jr, James C

Printed: 01/29/09

Case Number:  08 B 07815
Judge:  Wedoff, Eugene R
Filed:  4/1/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,163.14 |
| 6.6% | 0.38 |
|  | $ 1,163.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

